EDWARD C. DUCKERS (SB# 242113)
STOEL RIVES LLP
111 Sutter Street, Suite 700
San Francisco, CA 94104-4547
Telephone: (415) 617-8902
Facsimile: (415) 676-3000

E. JOSEPH DEAN (Pro hac vice admission to be sought)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 294-9459
Facsimile: (503) 220-2480

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECTRA-PHYSICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>IPG PHOTONICS CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. C 06 3953<br><br>COMPLAINT FOR PATENT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

Plaintiff, Spectra-Physics, Inc., for its Complaint against defendant alleges as follows:

**Parties**

1. Plaintiff, Spectra-Physics, Inc., is a Delaware corporation, with its principal place of business in Mountain View, California.

2. Defendant, IPG Photonics Corporation, is a Delaware corporation with its principal place of business in Oxford, Massachusetts. Defendant describes itself to the public as the world's top provider of fiber lasers and high power fiber amplifiers.

**Jurisdiction and Venue**

3. This action is brought pursuant to the patent laws of the United States, 35 U.S.C. § 100 et seq., including 35 U.S.C. § 281.

4. This court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

5. On information and belief, this court has personal jurisdiction over defendant because IPG Photonics Corporation maintained an office in this district for periods of time including at least 2001, 2002, and 2003 and because defendant has offered and sold significant quantities of its accused and other products in this district. Venue in this court is proper under 28 U.S.C. §§ 1391 and 1400(b) because defendant resides in this district and, on information and belief, has committed acts of infringement in this district and recently maintained a regular and established place of business in this district.

6. Defendant, represented by Valentin P. Gapontsev, the Chairman of the Board and Chief Executive Officer of defendant, presented a paper and slide show in San Jose, California, on January 23, 2006. The presentation was part of Photonics WEST, an event sponsored by the International Society for Optical Engineering. Defendant's presentation included information extolling defendant's development, production, and sale of many of the products accused below of infringement of plaintiff's patent.

**Factual Background**

7. On May 9, 1989, U.S. Patent No. 4,829,529 for LASER DIODE PUMPED FIBER LASERS WITH PUMP CAVITY (hereafter referred to as "the '529 patent") was issued by the United States Patent and Trademark office. A copy of the '529 patent is attached hereto as Exhibit A and incorporated herein as though set out verbatim.

8. James D. Kafka, the inventor of the inventions claimed in the '529 patent, assigned all of his rights, title, and interest in the '529 patent to plaintiff prior to the date the '529 patent issued. Plaintiff is the sole owner of and has the exclusive right to enforce the '529 patent and recover damages for infringement of the claims thereof.

9. Defendant has infringed and continues to infringe the '529 patent, either directly or in a contributory or an induced manner (35 U.S.C. §§ 271 (a), (b), and (c)), in this district and elsewhere in the United States by making, using, offering for sale, and selling within the United States, or importing into the United States, certain fiber lasers and amplifiers.

10. On information and belief, defendant's revenues (primarily from the sales of fiber lasers and amplifiers) have grown at a compound annual growth rate of 60% over the past three years. Defendant's sales totaled approximately $22.2 million in 2002, $33.7 million in 2003, and $60.7 million in 2004, but total revenue rose to more than $95 million for 2005. In the last four years defendant's cumulative revenue has totaled to slightly more than $210 million, and almost half of that has been received in the last year.

11. Of the products that defendant has sold or currently sells, on information and belief at least the following infringe one or more claims of the '529 patent (this listing is not exhaustive and is subject to amendment as plaintiff learns of additional infringing devices):

    11.1 RLM Series Fiber Lasers
    11.2 PYL Series Fiber Lasers
    11.3 YLR-LP Series Fiber Lasers
    11.4 YLR-SM Series Fiber Lasers
    11.5 YLR-HP Series Fiber Lasers
    11.6 YLM Series Fiber Lasers
    11.7 TLR Series Fiber Lasers
    11.8 ELR Series Fiber Lasers
    11.9 YLP-PS Series Fiber Lasers
    11.10 EAU-W Series Fiber Amplifiers
    11.11 "Smart Series" Fiber Amplifiers
    11.12 EAR Series Fiber Amplifiers
    11.13 EAD Series Fiber Amplifiers
    11.14 EAD "High Power" Series Fiber Amplifiers
    11.15 RAR Series Fiber Amplifiers
    11.16 YAR Series Fiber Amplifiers

12. Defendant gave a presentation at Photonics West in San Jose, California, in January 2006. IPG's paper, which was included in the proceedings published by the International Society for Optical Engineering, discussed how IPG had succeeded in developing an

1  "industry-grade multi-kilohertz <u>all fiber-format</u> 10mJ energy Yb-doped <u>laser</u>." Proc. of SPIE,
2  Vol. 6102, 61020O-1 (emphases added).  The paper also states: "10-m long gain fiber <u>with core
3  diameter of 8 µm</u> was employed to produce <u>single mode</u> microjoule seed pulses." Id., at
4  61020O-2 (emphases added).  A fiber with a core diameter of 8 µm is a "single mode fiber core"
5  as that phrase is used in the '529 patent.  See, e.g., Exhibit A, col. 3, ll. 9-11.  Although the IPG
6  paper does not clearly state that the 8 µm fiber has a multi-mode fiber surrounding it, the
7  technical details in the paper indicate that the pumps can only be multi-mode pumps, and
8  multi-mode pumps can be efficiently coupled only into a multi-mode fiber.  The paper thus shows
9  that IPG's seed laser uses a single mode fiber core of 8 microns.

10      13.    Defendant is intimately familiar with the unforgiving standards expected of
11  component and subsystem vendors like itself.  Defendant knows that its customers depend on
12  defendant's lasers and amplifiers to operate without failure in mission-critical and safety-critical
13  applications.  To give itself confidence that its lasers and amplifiers will meet those expectations,
14  defendant subjects its lasers and amplifiers to the most rigorous testing and quality control
15  standards.  Defendant's key components are tested or burned-in for hundreds of hours, and in the
16  end, defendant uses in its lasers and amplifiers only the best components that have passed
17  defendant's stringent control standards.

18      14.    Defendant's testing of its products is fundamental to its business of selling lasers
19  and amplifiers.  Defendant's lasers and amplifiers are sold on a "semi-custom basis."  Standard
20  practice in the laser industry and for defendant is to perform at least the following types of tests:

21      a.    Qualification Testing - the lasers (at least those used for
22  telecommunications applications, which many of defendant's lasers are) are qualified
23  through extensive testing done on a sample size.

24      b.    Burn-in testing – every laser is built and then made to run for a pre-set
25  length of time (for example, 2-48 hours, depending on the product) in order to screen for
26  "infant mortality."

27      c.    Characterization – all products made on a "semi-custom" basis are
28  extensively "characterized" – meaning that a series of tests are run, including but not

limited to output power or gain, emission spectrum, etc. The test data is usually recorded on a data sheet associated with that laser or amplifier, and a copy of that data sheet is shipped with the laser or amplifier.

　　　　d.　　Lifetime tests – the development of each laser product generally requires a lifetime test, in which one or more product samples are put onto a test bed and run for many hours (for example, 10,000 to 50,000 or more hours).

15.　On information and belief, all products made or assembled by defendant on a "semi-custom" basis were extensively characterized so that various tests were run as described above. The test data was usually recorded on a data sheet associated with the tested laser or amplifier and a copy of the data sheet was shipped with that laser or amplifier.

16.　For most categories of the fiber lasers and amplifiers sold by defendant, defendant's actions of manufacturing or assembling and then testing those fiber lasers and amplifiers constitute practice by defendant of the inventive methods claimed by the '529 patent, including but not limited to claim 14. The successful completion of those tests and the practice of those patented methods have enabled defendant to successfully market its millions of dollars of fiber lasers and amplifiers.

17.　Defendant has never sought from plaintiff and plaintiff has never granted defendant any authority to make, use, offer for sale, sell, or import any product or device, or practice any method, that is covered by any claim of the '529 patent.

18.　Upon information and belief, for a decade or longer defendant has had actual knowledge of plaintiff's '529 patent and notice of plaintiff's patent rights under the '529 patent, yet defendant willfully and intentionally commenced and has continued its infringement.

19.　Plaintiff has been and will continue to be damaged by defendant's continuing infringement of the '529 patent. Plaintiff's past damages and future damages (projected through the date the '529 patent expires) total to more than $20,000,000.00 (without taking into account any enhanced damages recoverable for defendant's willful infringement).

20.　From approximately December 2000 to approximately April 2002, plaintiff made and sold products that embodied one or more inventions of the '529 patent or the use of which

COMPLAINT FOR PATENT INFRINGEMENT　　　　-5-

1  practiced one or more of the methods claimed in the '529 patent. Each of those products was
2  marked as specified in 35 U.S.C. § 287, including with the number of the '529 patent.

3      21. Plaintiff has been and will continue to be harmed irreparably by defendant's
4  infringement of the '529 patent, and plaintiff has no adequate remedy at law.

5  WHEREFORE, plaintiff respectfully requests that this court:

6      A. Enter an order declaring the '529 patent has been infringed by defendant;

7      B. Enter an order preliminarily and permanently enjoining defendant, its officers,
8  directors, employees, agents, representatives, attorneys, and all persons acting or claiming to act
9  on its behalf or under its direction or authority from directly or contributorily infringing or
10 inducing infringement of any claim of the '529 patent;

11     C. Grant judgment in favor of plaintiff and against defendant for damages pursuant to
12 35 U.S.C. § 284 in an amount to be determined at trial, but in no event less than a reasonable
13 royalty for infringement of the '529 patent;

14     D. Grant judgment in favor of plaintiff and against defendant for treble damages
15 pursuant to 35 U.S.C. § 284 for defendant's deliberate and willful infringement of the '529
16 patent;

17     E  Enter an order awarding plaintiff reasonable attorney's fees pursuant to 35 U.S.C.
18 § 285, plus pre-judgment interest on the total damages awarded, plus plaintiff's costs and
19 disbursements for this action; and

20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

COMPLAINT FOR PATENT
INFRINGEMENT                    -6-

PortInd3-1550711.4 0036282-00001

     F.    Enter an order granting such other and further relief as the court deems just and proper.

### JURY DEMAND

Pursuant to Rule 38 (b) of the Federal Rules of Civil Procedure, plaintiff demands trial by jury of all issues properly triable to a jury.

DATED: June 26, 2006.

STOEL RIVES LLP

By: *[signature] Edward C. [illegible]*
Attorneys for Plaintiff

# EXHIBIT A

EXHIBIT A

# United States Patent [19]
## Kafka

[11] Patent Number: **4,829,529**

[45] Date of Patent: **May 9, 1989**

[54] **LASER DIODE PUMPED FIBER LASERS WITH PUMP CAVITY**

[75] Inventor: James D. Kafka, Mountain View, Calif.

[73] Assignee: Spectra-Physics, Inc., San Jose, Calif.

[21] Appl. No.: 62,739

[22] Filed: Jun. 15, 1987

[51] Int. Cl.[4] .......................... H01S 3/30; G02B 6/22
[52] U.S. Cl. ...................................... 372/6; 350/96.33
[58] Field of Search ........................... 372/6; 350/96.33

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,637,025  1/1987  Snitzer et al. ........................... 372/6

FOREIGN PATENT DOCUMENTS

2441858  7/1980  France .............................. 350/96.33

*Primary Examiner*—William L. Sikes
*Assistant Examiner*—Georgia Y. Epps
*Attorney, Agent, or Firm*—Paul Davis

[57] **ABSTRACT**

A fiber laser having a single mode fiber core of laser material is pumped by a high power coherent laser diode source by providing a multi-mode fiber around the single mode core to define a pump cavity which propagates pump radiation while allowing the pump radiation to couple to the single mode core. Laser diode arrays and extended emitter laser diodes can be used to pump a single mode fiber by inputting the pump radiation into the multi-mode fiber surrounding the single mode fiber core. The milti-mode fiber has a much greater diameter than the single mode core.

18 Claims, 1 Drawing Sheet



www.freepatentsonline.com



FIG. 1

FIG. 2

FIG. 3

FIG. 4

www.freepatentsonline.com

4,829,529

1

# LASER DIODE PUMPED FIBER LASERS WITH PUMP CAVITY

## BACKGROUND OF THE INVENTION

The invention relates to fiber lasers and more particularly to method and apparatus for pumping a fiber laser.

In a fiber laser, neodymium, or another rare earth such as erbium, terbium or praseodymium, is doped into the core of an optical fiber to provide an active gain medium. Pumping radiation input into the fiber causes lasing action in the fiber. Pump light at 800 nm, e.g. from a laser diode, produces an emission at 1.08 microns in a Nd-doped core. Single mode fibers are preferred for fiber lasers in order to produce single mode output. However, singe mode fibers have very small core diameters, typically 5–10 microns. Single stripe laser diodes can be focused into a single mode fiber core, but single stripe laser diodes are presently limited to about 30 mw output and thus are not well suited for pumping the fiber laser because of their low energy. Multi-spatial mode phase locked diode arrays and multi-spatial mode extended emitter laser diodes are presently available with output powers in the range 100–1000 mW or higher and are desirable as pump sources. However these high power diode arrays and extended emitter diodes produce multi-spatial mode output which cannot be effectively coupled into a single mode fiber core. Because of their poor beam quality, only about 10% of the light can be focused into the single mode fiber. Multi-mode fibers are much larger than single mode fibers, with typical core diameters of about 50–100 microns, so it is much easier to couple pump radiation into the fiber. However, a multi-mode fiber must be pumped harder to make it lase, typically requiring argon lasers or dye lasers as pump sources. In addition, the poor beam quality of the multi-spatial mode output makes the multi-mode fiber far less suitable than the single mode fiber for use in a fiber laser.

Thus the problem that presently exists in the development of a compact, low cost, reliable and efficient fiber laser is that the ideal combination is a single mode fiber pumped by a high power coherent laser diode source, either phase locked laser diode arrays or extended emitter laser diodes, but it is not possible to effectively couple these sources into a single mode fiber. Instead it is presently possible to pump a single mode fiber with a low power single stripe laser diode, or to use the high power coherent laser diode sources to pump a multi-mode fiber; neither of these combinations are particularly desirable because of the lower power source in the first case or the poor beam quality output in the second case.

U.S. Pat. No. 3,808,549 to Maurer, issued Apr. 30, 1974, discloses an optical waveguide light source in which light from an incoherent source, a plurality of LED's, is input into an optical fiber having a core of laser material surrounded by a first transparent cladding layer with a second cladding layer on the first layer. The refractive index of the first layer is less than that of the core and greater than that of the second layer, so that light from the incoherent source is propagated longitudinally along the fiber and coherent light is generated in the core of laser material by absorption of incoherent pump light propagating through the fiber. The coherent output from this source is coupled into a (fiber) waveguide. Thus Maurer shows a fiber optic coherent light generator, but does not use a coherent

2

pumping source, does not use a single mode fiber, and does not form a complete laser.

## SUMMARY OF THE INVENTION

Accordingly it is an object of the invention to provide a single mode fiber laser pumped by a coherent high power laser diode source.

It is a further object of the invention to utilize multi-spatial mode phase locked laser diode arrays and extended emitter laser diodes to pump a single mode fiber core in a fiber laser.

It is also an object of the invention to provide a single mode fiber laser with efficient coupling between the fiber and a coherent high power laser diode source.

The invention is a fiber laser pumped by a high power laser diode source using a special fiber configuration which provides a multi-mode fiber pump cavity around a single mode laser core to couple the pump radiation to the laser gain medium. The fiber is made of a single mode fiber core of laser gain material which is placed inside a multi-mode fiber of much greater diameter. The pump radiation is input into the multi-mode fiber which totally internally reflects the pump radiation so that it passes through the single mode laser core many times to effectively pump the laser. The fiber is placed in a resonant cavity and pumped by a laser diode array or extended emitter laser diode.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the accompanying drawings:

FIG. 1 is a cross-sectional end view of a single mode fiber with associated multi-mode fiber pumping cavity for coupling pumping radiation from a coherent high power laser diode source to the single mode fiber.

FIG. 2 is a cross-sectional side view of the fiber with pumping cavity of FIG. 1.

FIG. 3 is a schematic view of a fiber laser using the single mode fiber and pumping cavity of FIGS. 1 and 2.

FIG. 4 is a graphical representation of the indexes of refraction of the single mode fiber and pumping cavity of FIGS. 1 and 2.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

As shown in FIG. 1, a fiber 10 according to the invention is formed by surrounding a single mode fiber core 12 with a multi-spatial mode core 14 which contacts core 12 and an outer layer or clad 16 which contacts core 14. The assembly of core 12, core 14, and clad 16 thus forms a single mode fiber within a multi-mode fiber which forms the fiber 10. The single mode core 12 is made of a laser material, i.e. doped with a laser ion such as neodymium. Fiber 10 may be formed by the method of U.S. Pat. No. 3,808,549, which is herein incorporated by reference, or by any other known method for forming a multilayer optical fiber.

The multi-mode fiber core 14 and clad 16 define a pump cavity for the single mode core 12. The index of refraction of the multi-mode core 14 is less than the index of the single mode core 12, and the index of clad 16 is less than the index of the multi-mode core 14, as illustrated in FIG. 4. The indexes of refraction and entrance angle of pump radiation 18 are chosen so that pumping radiation 18 which is input into one end of fiber 10 will be totally internally reflected at the interface between core 14 and clad 16 and propagate along fiber 10, as shown in FIG. 2. As the pumping radiation

4,829,529

18 propagates along fiber 10 it passes many times through core 12 of laser material, thus providing effective coupling of the pumping radiation to the laser gain medium. (Pumping radiation 18 that enters core 12 will also exit core 12 unless absorbed in core 12.) However, laser radiation 19 produced in core 12 is totally internally reflected at the interface between core 14 and core 12 so the laser radiation is trapped within and propagates along single mode core 12.

The single mode core is typically 5-10 microns in diameter, and made of a laser gain material, e.g. Nd-doped laser glass. The core 12 must be doped sufficiently to absorb enough of the pump light. Any rare earth doped laser material may be used, particularly neodymium doped, and also erbium or terbium doped. Any suitable host material which can be formed into a fiber can be used, particularly glass materials. The multi-mode core and clad are typically about 50-100 microns in diameter, and made of any suitable fiber materials that transmit the pumping radiation. Because of the ratios of areas of about 100:1, it is relatively easy to couple the pump radiation into the multi-mode fiber and thus pump the single mode core. The length of fiber 10 and the angle of incidence of the pump radiation can be chosen to maximize the coupling of the pump radiation to the single mode core. A typical length of fiber 10 in a fiber laser is about 10-50 m.

A laser system 28 which utilizes the fiber 10 is illustrated in FIG. 3. The fiber 10 having single mode core 12 of laser gain medium surrounded by multi-mode core 14 and clad 16 is enclosed between a pair of mirrors 24, 26 to define a resonant cavity. Mirror 26 also forms the output coupling means to allow laser radiation to be removed from the resonant cavity. Mirrors 24, 26 are placed at the ends of fiber 10 in optical alignment to produce the resonant cavity; alternatively other cavity definition means can be used. Mirror 24 is highly transmissive to pump radiation and highly reflective to laser radiation while mirror 26 is partly transmissive to laser radiation to provide output coupling. Pump radiation from a coherent high power laser diode source 20 is focused by focusing optics 22 and input into fiber 10 through mirror 24. Alternatively, other arrangements for inputting the pumping radiation into fiber 10 can be used. The pump radiation need only be coupled into the pump cavity defined by multi-mode core 14 and clad 16, from which it is coupled into single mode core 12 of laser material.

The coherent high power laser diode source 20 according to the invention includes laser diode arrays in which a plurality of diode emitters (typically 10 or more) are phase locked together and a multi-spatial mode extended emitter laser diode. The diode arrays are exemplified by gallium aluminum arsenide (GaAlAs) laser diode arrays Model No. 2410 manufactured by Spectra Diode Labs, San Jose, Calif. The single broad stripe or extended emitter laser diodes are exemplified by Sony Corp. Model Nos. SLD 301V/w having output power of 100 mW; SLD 302V/w (200 mw); SLD 303V/w (500 mw); SLD 304V/w (1000 mW), as described in Sony News and Information Bulletin No. 87S-013, 1987, and Sony Semiconductor Data Book 1987 AlGaAs Laser Diodes, which are herein incorporated by reference.

Changes and modifications in the specifically described embodiments can be carried out without departing from the scope of the invention which is intended to be limited only by the scope of the appended claims.

I claim:

1. A fiber laser, comprising:
   a laser optical fiber comprising a single mode fiber core of laser material and a multi-mode fiber surrounding the single mode fiber core and forming a pump cavity around the single mode core;
   a high power coherent laser diode source operatively associated with the laser optical fiber to provide coherent pumping radiation into the pump cavity;
   means, operatively associated with the laser optical fiber to form a resonant laser cavity.

2. The fiber laser of claim 1 wherein the multi-mode fiber has a multi-mode core contacting the single mode core and a clad contacting the multi-mode core, the multi-mode core having an index of refraction less than the single mode core and greater than the clad.

3. The fiber laser of claim 1 wherein the laser diode source is a multi-spatial mode phase locked laser diode array.

4. The fiber laser of claim 1 wherein the laser diode source is a multi-spatial mode broad stripe extended emitter laser diode.

5. The fiber laser of claim 1 wherein the single mode fiber core is made of neodymium doped laser material.

6. The fiber laser of claim 5 wherein the single mode fiber core is made of neodymium doped glass.

7. The fiber laser of claim 1 further including focusing means for focusing pumping radiation from the laser diode source into the pump cavity.

8. The fiber laser of claim 1 wherein the cavity means comprise a pair of mirrors, one at each end of the laser optical fiber and optically aligned to form a resonant cavity, one mirror being highly transmissive to pump radiation from the laser diode source and the other mirror being partly transmissive to laser radiation from the single mode core to provide output coupling.

9. The fiber laser of claim 1 wherein the cross-sectional areas of the multi-mode fiber core and single mode fiber are in a ratio of about 100:1.

10. The fiber laser of claim 1 wherein the length of the laser optical fiber and the critical angle for total internal reflection in the multi-mode fiber are such that pump radiation propagating along the multi-mode fiber traverses the single mode fiber many times.

11. The fiber laser of claim 10 wherein the length of the laser optical fiber is about 10-50 m.

12. The fiber laser of claim 1 wherein the single mode fiber core is made of a rare earth doped laser material.

13. The fiber laser of claim 12 wherein the single mode fiber core is doped with erbium or terbium.

14. A method of pumping a single mode fiber core of laser material by means of a high power coherent laser diode source, comprising:
   surrounding the single mode fiber core by a multi-mode fiber to form a pump cavity around the single mode fiber core;
   inputing pump radiation from the laser diode source into the multi-mode fiber to propagate along the multi-mode fiber and pump the single mode fiber core.

15. The method of claim 14 further comprising forming the multi-mode fiber of a multi-mode core contacting the single mode core and a clad contacting the multi-mode core, the multi-mode core having an index of refraction less than the single mode core and greater than the clad.

16. The method of claim 14 further comprising forming the laser diode source from a multi-spatial mode phase locked laser diode array.

17. The method of claim 14 further comprising forming the laser diode source from a multi-spatial mode broad stripe extended emitted laser diode.

18. The method of claim 14 further including forming the single mode fiber core of a neodymium doped glass.

* * * * *

www.freepatentsonline.com