| | |
|---|---|
| 1 | Kurt L. Glitzenstein (MA Bar No. 565312) |
|   | FISH & RICHARDSON P.C. |
| 2 | 225 Franklin Street |
|   | Boston, Massachusetts 02110-2804 |
| 3 | Telephone: (617) 542-5070 |
|   | Facsimile: (617) 542-8906 |
| 4 | glitzenstein@fr.com |

RECEIVED
06 JUL 31 PM 2:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John V. Picone III (#187226)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
picone@fr.com

Attorneys for Defendant
IPG Photonics Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

Spectra-Physics, Inc.,
    Plaintiff

v.

IPG Photonics Corporation,
    Defendant

Civil Action No: C 06-03953 (JCS)

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    Kurt L. Glitzenstein, an active member in good standing of the bar of the State of Massachusetts whose business address and telephone number is Fish & Richardson, P.C., 225 Franklin Street, Boston, MA 02110, 617-542-5070, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing IPG Photonics Corporation.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application

1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, Electronic Case Filing.

3
4  Dated: 8/1/06

   _____
   United States Magistrate Judge Joseph C. Spero

5
6
7  21383068.doc