Edward C. Duckers (CSB No. 242113, ecduckers@stoel.com)
STOEL RIVES LLP
111 Sutter Street, Suite 700
San Francisco, CA 94104-4547
Telephone: (415) 617-8902
Facsimile: (415) 676-3000

E. Joseph Dean (Admitted *pro hac vice*, ejdean@stoel.com)
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 294-9459
Facsimile: (503) 220-2480

Attorneys for Plaintiff/Counterclaim Defendant
SPECTRA-PHYSICS, INC.

John M. Farrell (CSB No. 99649, jfarrell@fr.com)
Katherine D. Prescott (CSB No. 215496, prescott@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Kurt L. Glitzenstein (Admitted *pro hac vice*, glitzenstein@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for Defendant/Counterclaim Plaintiff,
IPG PHOTONICS CORPORATION

\*\*E-filed 2/6/07\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPECTRA-PHYSICS, INC.,<br><br>    Plaintiff/Counterclaim Defendant,<br>v.<br><br>IPG PHOTONICS CORPORATION,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. C-06-3953-JF (RS) MED<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties in the above-captioned action, by and through their undersigned counsel, hereby agree and stipulate that this action be and hereby is dismissed with prejudice, that each party bear its own costs, and that all rights of appeal and attorneys' fees have been waived.

Dated: February 5, 2007

STOEL RIVES LLP

By: *E. Joseph Dean*
E. Joseph Dean

Attorneys for Plaintiff/Counterclaim Defendant
SPECTRA-PHYSICS CORPORATION

Dated: February 5, 2007

FISH & RICHARDSON P.C.

By: *Katherine D. Prescott*
Katherine Prescott

Attorneys for Defendant/Counterclaim Plaintiff
IPG PHOTONICS CORPORATION

Based on the foregoing stipulation, IT IS SO ORDERED.

Dated: 2/6/07

_____
Jeremy Fogel
United States District Court Judge